**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

April 7, 2015

Mr. Tyrone Thompson #56422-037
FCI Butner Low Federal Correctional Institution
P.O. Box 999
Butner, North Carolina 27509

Re: *United States v. Tyrone Thompson*
Criminal No.: ELH-13-0151

Dear Mr. Thompson:

The Clerk received a letter from you docketed on April 6, 2015 (ECF 1600), inquiring as to the status of your motion pursuant to 18 U.S.C. § 3582, which you claim to have filed on November 14, 2014.

On November 3, 2014, you requested a copy of your docket entries. *See* ECF 1157. On November 19, 2014, you again requested a copy of your docket entries. *See* ECF 1220. The docket sheet was sent to the Warden on November 24, 2014, for your review. *See* ECF 1229. Additional materials were sent to the Warden on the same date. *See* ECF 1230. On December 8, 2014, your request for transcripts was docketed. *See* ECF 1257. On December 15, 2014, information was provided to you as to how to obtain the requested transcripts. *See* ECF 1269.

The docket does not reflect your filing of a motion under 18 U.S.C. § 3582. If such a motion is filed by you, it will be docketed upon receipt.

I hope this information is helpful to you.

Sincerely,

/s/
Ellen Lipton Hollander
United States District Judge